UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SWISS NATIONAL BANK, et. al., | ) ) ) |
| Petitioners, | ) ) Misc. Case No. 1:10-MC-00610 ) (RWR-JMF) |
| v. | ) ) |
| NML CAPITAL LTD., et. al., | ) ) |
| Respondents. | ) ) |

**FILED**

DEC 0 3 2010

U.S. DISTRICT COURT

## PROPOSED ORDER

Upon consideration of the Stipulation of Voluntary Dismissal of Petitioners the Swiss National Bank and Philipp M. Hildebrand and Respondents NML Capital Ltd. and EM, Ltd. it is hereby:

**ORDERED** this 1st day of December, 2010 that the above-captioned miscellaneous case be, and hereby is, **DISMISSED**.

_____
United States District Judge